**CIVIL CAUSE FOR ORDER TO SHOW CAUSE**

BEFORE JUDGE BIANCO

Date: 6/29/16           TIME: 11:09 a.m.          TIME IN COURT: 20   min.

CASE NUMBER: CV 16-3527

TITLE: Philip Pidot and Nancy Hawkins v. New York State Board of Elections, et al.

FTR RECORDER: 11:09-11:59          COURTROOM DEPUTY: Michele Savona

OTHER: _____

 X    CASE CALLED.

 X    CONF HELD

 ___  ARGUMENT HEARD / CONT'D TO _____.

 ___  DECISION:

 X    MOTION TO BE FILED BY _/_/2016 ;

         RESPONSE BY 7/5/2016 ;

         REPLY BY 7/7/2016 .

 ___  ORAL ARGUMENT SET FOR 7/11/2016 at 1:30 p.,.

**OTHER:** _____