UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PHILIP PIDOT and NANCY HAWKINS, individually and as representatives of eligible Republican Party voters in Suffolk, Nassau and Queens County within New York's Third Congressional District,

       Plaintiffs,

 -against-

NEW YORK STATE BOARD OF ELECTION; PETER KOSINSKI and DOUGLAS KELLNER, in their official capacities as Co-Chairs of the New York State Board of Elections; ANDREW J. SPANO and GREGORY P. PETERSON, in their official capacities as Commissioners of the New York State Board of Elections; TODD D. VALENTINE and ROBERT A. BREHM, in their official capacities as Executive Directors of the New York State Board of Elections; and JACK MARTINS,

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 16-cv-3527-JFB-ARL

**NOTICE OF VOLUNTARY DISMISSAL**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

  PLEASE TAKE NOTICE that Plaintiffs Philip Pidot and Nancy Hawkins, individually and as representatives of eligible Republican Party voters in Suffolk, Nassau and Queens County within New York's Third Congressional District hereby dismiss this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
   July 5, 2016

            **STROOCK & STROOCK & LAVAN LLP**

            By: */s/ Jerry H. Goldfeder*
              Jerry H. Goldfeder
              David V. Simunovich
              180 Maiden Lane
              New York, New York 10038
              (212) 806-5857
              jgoldfeder@stroock.com

              *Counsel for Plaintiffs*