FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 06 2016 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PHILIP PIDOT and NANCY HAWKINS, individually
and as representatives of eligible Republican Party voters
in Suffolk, Nassau and Queens County within New
York's Third Congressional District,

                              Plaintiffs,

-against-

NEW YORK STATE BOARD OF ELECTION; PETER
KOSINSKI and DOUGLAS KELLNER, in their official
capacities as Co-Chairs of the New York State Board of
Elections; ANDREW J. SPANO and GREGORY P.
PETERSON, in their official capacities as Commissioners
of the New York State Board of Elections; TODD D.
VALENTINE and ROBERT A. BREHM, in their official
capacities as Executive Directors of the New York State
Board of Elections; and JACK MARTINS,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 16-cv-3527-JFB-ARL

**NOTICE OF**
**VOLUNTARY DISMISSAL**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Philip Pidot and Nancy Hawkins, individually and as representatives of eligible Republican Party voters in Suffolk, Nassau and Queens County within New York's Third Congressional District hereby dismiss this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       July 5, 2016

*The Clerk of the Court shall close the case.*

*SO ORDERED*

_____
Joseph F. Bianco
    U.S.D.J.
Date: July 6, 2016
Central Islip, N.Y.

STROOCK & STROOCK & LAVAN LLP

By: /s/ Jerry H. Goldfeder
    Jerry H. Goldfeder
    David V. Simunovich
    180 Maiden Lane
    New York, New York 10038
    (212) 806-5857
    jgoldfeder@stroock.com

*Counsel for Plaintiffs*

-1-